# United States District Court
# For The Western District of North Carolina
# Asheville Division

Glen Harrison Andrews,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                           1:05cv236

Bonnie Boyette,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion for Summary Judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 13, 2006 Order.

January 13, 2006

FRANK G. JOHNS, CLERK

BY: s/Joan Gosnell

Joan Gosnell, Deputy Clerk