IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05CV236-1-MU

| | |
|---|---|
| GLEN HARRISON ANDREWS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| BONNIE BOYETTE, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** comes before the Court upon the Petitioner's Motion for Sanctions, filed July 29, 2005.

Petitioner asserts that Respondent "has shown a pattern of inaccurate and deceptive behavior in its Supporting Brief for Motion for Summary Judgment which is intended to mislead this Honorable Court and damage Petitioner's legitimate right to habeas relief . . . . "

After reviewing each of Petitioner's contention in conjunction with the record in this case, this Court finds no merit in Petitioner's request for sanctions.

**THEREFORE, IT IS HEREBY ORDERED** that Petitioner's Motion for Sanctions is **DENIED**.

**Signed: January 20, 2006**

Graham C. Mullen
Chief United States District Judge